## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

STATES RESOURCES CORP., )
SUCCESSOR IN INTEREST TO )
THE FEDERAL DEPOSIT INSURANCE )
CORPORATION, AS RECEIVER FOR )
THE FIRST NATIONAL BANK )
OF DAVIS, OKLAHOMA, )
                                         )
        Plaintiff, )
                                         )
v. )                  Case No. CIV-12-419-JHP
                                         )
CHICAGO TITLE INSURANCE )
COMPANY, )
                                         )
        Defendant, )
                                         )
PETER J. MOTHERSOLE, JR. )
a/k/a PETER JAMES )
MOTHERSOLE, JR.; MICHELLE R. )
MOTHERSOLE a/k/a MICHELLE )
RENEE' MOTHERSOLE, husband )
and wife; JOHN/JAY DOE, )
occupants of any home, if any; )
HUGHES COUNTY TREASURER )
ex rel. HUGHES COUNTY BOARD )
OF COMMISSIONERS; and )
UNITED STATES OF AMERICA, )
ACTING THROUGH THE FARM )
SERVICE AGENCY, UNITED STATES )
DEPARTMENT OF AGRICULTURE; )
FEDERAL DEPOSIT INSURANCE )
CORPORATION AS RECEIVER )
OF FIRST NATIONAL BANK OF )
DAVIS, OKLAHOMA, )
                                         )
        Additional Party )
        Defendants. )
                                         )
CHICAGO TITLE INSURANCE )
COMPANY, )
                                         )
        Third Party )
        Plaintiff, )
                                         )
v. )
                                         )
PAMELA L. ATYIA; CHOICE TITLE )

| INSURANCE COMPANY; PIONEER | ) |
| ABSTRACT, INC. a/k/a ATLAS | ) |
| ABSTRACT COMPANY; PETER J. | ) |
| MOTHERSOLE, JR.; and | ) |
| MICHELLE MOTHERSOLE, | ) |
| | ) |
| Third Party | ) |
| Defendants. | ) |

## FINDINGS AND RECOMMENDATION

This matter comes before this Court on the Motion to Confirm Marshal's Sale (Docket Entry #164). By Order entered December 16, 2014, United States District Judge James H. Payne, the judge presiding over this case, referred the subject Motion to the undersigned for the purpose of entering Findings and a Recommendation. On January 22, 2015, this Court conducted a hearing with regard to the Motion after notice was provided to interested persons. Plaintiff's counsel appeared alone.

After review of the Motion and the notice provided, this Court finds that the Motion should be granted. It will be the recommendation of this Court that the Order Confirming Marshal's Sale proposed and submitted by Plaintiff be signed by the District Judge and that the sale be confirmed.

BASED UPON THE FOREGOING, IT IS THE RECOMMENDATION OF THE UNDERSIGNED that the Motion to Confirm Marshal's Sale (Docket Entry #164) be **GRANTED** and that the Order Confirming Sale submitted by Plaintiff be signed and entered by the District Judge after the expiration of the statutory objection time.

The parties are herewith given fourteen (14) days from the date of the service of these Findings and Recommendation to file with the Clerk of the court any objections, with supporting brief. Failure to object to the Findings and Recommendation within fourteen (14) days will preclude appellate review of the findings made herein.

IT IS SO ENTERED this 27nd day of January, 2015.

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE