# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATES RESOURCES CORP., SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR THE FIRST NATIONAL BANK OF DAVIS, OKLAHOMA, ) ) ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. CIV-12-419-JHP |
| CHICAGO TITLE INSURANCE COMPANY, ) ) ) | |
| Defendant, ) ) ) | |
| PETER J. MOTHERSOLE, JR., a/k/a PETER JAMES MOTHERSOLE, JR., et al., ) ) ) ) | |
| Additional Party Defendants. ) ) | |
| CHICAGO TITLE INSURANCE COMPANY, ) ) ) | |
| Third Party Plaintiff, ) ) | |
| v. ) ) | |
| PAMELA L. ATYIA, et al, ) ) | |
| Third Party Defendants. ) | |

## ORDER AFFIRMING AND ADOPTING THE REPORT
## AND RECOMMENDATION OF THE UNITED STATES
## MAGISTRATE JUDGE

On January 22, 2015, the United States Magistrate Judge entered an Order (Dkt.# 175) recommending that the Motion to Confirm Marshal's Sale (Dkt.# 164), be granted.. There have

been no objections to the Magistrate Judge's Report and Recommendation filed within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendations entered by the United States Magistrate Judge on January 22, 2015 (Dkt.# 175), be **AFFIRMED** and **ADOPTED** by this Court as its Finding and Order.

IT IS SO ORDERED this 11th day of February, 2015.

James H. Payne
United States District Judge
Eastern District of Oklahoma